IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TONY DEWAYNE ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:12CV00366 SWW |
| | * | |
| STUART THOMAS, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiff's motion for recusal. Because the Court ruled in plaintiff's criminal case[1] on the incident that is the subject of plaintiff's complaint, the Court finds recusal is appropriate.

IT IS THEREFORE ORDERED that plaintiff's motion for recusal [docket entry 4] is granted to the extent that the undersigned hereby recuses in this matter.

DATED this 26th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] *USA v. Robinson*, 4:10CR00032 SWW.