UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONY DEWAYNE ROBINSON
Reg. #25853-009                                                                                    PLAINTIFF

V.                              CASE NO. 4:12CV00366 BRW

STUART THOMAS, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 23rd day of October, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE